IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Mr. Mark Adkins | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 23-00061-RDA-LRV |
| Nickwon Arvinger,<br>By Kiy, LLC,<br>By Kiy Online, LLC<br>Kiy Studios, LLC | ) |
| Defendant. | ) |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

On January 13, 2023, Plaintiff Mark Adkins commenced the above-captioned action asserting claims of copyright infringement and violations of the Digital Millenium Copyright Act ("DMCA") seeking an injunction and monetary relief against Defendants Nickwon Arvinger, By Kiy, LLC, By Kiy Online, LLC and Kiy Studios, LLC (collectively, "Defendants") arising from Defendants' manufacture, sale and distribution of apparel bearing the SBC Logo depicted below:



On March, 9 2023, Defendants filed an Answer denying the allegations in the action.

Plaintiffs and Defendants have agreed to finally resolve all claims in the action according to the terms of a confidential Settlement Agreement effective August 9, 2023. Pursuant to the Settlement Agreement, the Parties have agreed to entry of a Consent Judgment on the terms provided in the attached Exhibit A. The Parties jointly request that the Court enter the Consent Judgment and Permanent Injunction in the form provided.

        Respectfully submitted,

By:/s/ Warren A. Zitlau
Warren A. Zitlau, Esq. VSB # 39672
Frederick N. Samuels (pro hac vice)
Attorneys for Mark Adkins
CAHN & SAMUELS, LLP
1100 17th Street, NW, Ste. 401
Washington, D.C. 20036
(202) 331-8777 Phone
(202) 331-3838 Fax
warren.zitlau@cahnsamuels.com,
frederick.samuels@cahnsamuels.com
*Attorneys for Plaintiff*

By:/s/ J. Matthew Haynes, Jr.
J. Matthew Haynes, Jr. (VSB No.: 51007)
McCandlish Holton, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, VA 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2023, I filed the foregoing with the Clerk of Court Using the CM/ECF system, which will then send a notification of such filing (NEF) to:

J. Matthew Haynes, Jr. (VSB No.: 51007)
Jeffrey R. Donofrio (VSB No.: 97435)
MCCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, VA 23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
jdonofrio@lawmh.com
*Counsel for Defendants*

                                                /s/ Warren A. Zitlau
                                          Warren Arthur Zitlau
                                          Cahn & Samuels, LLP
                                          1100 17th St., NW
                                          Suite 401
                                          Washington, D.C. 20036
                                          202 331-8777 telephone
                                          202 331-3838 facsimile
                                          warren.zitlau@cahnsamuels.com