IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Mark Adkins, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 1:23-cv-61 (RDA/LRV) |
| Nickwon Arvinger, *et al.*, | ) ) ) |
|    Defendant. | ) |

### CONSENT JUDGMENT

This civil action having come on before the Court between Plaintiff Mark Adkins ("Adkins" or "Plaintiff"), and Defendants Nickwon Arvinger; By Kiy, LLC; By Kiy Online, LLC; and Kiy Studios, LLC (individually "Defendant" or collectively "Defendants"), and the Court being advised that the parties reached a settlement in connection with the issues raised in the Complaint and have agreed to a termination and disposition of this civil action in accordance with the following Consent Judgment and the entry thereof;

NOW, THEREFORE, upon the consent of Plaintiff and Defendants, it is hereby: ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the parties and over the subject matter of this action. Venue over this action is proper in the United States District Court for the Eastern District of Virginia

2. Plaintiff is the owner of the copyright in the SBC Logo depicted below and to Copyright Registration No. VA 343-830 (the "'830 Registration") for the SBC Logo.



3. Plaintiff has brought this civil action seeking injunctive relief and damages for acts of copyright infringement, and for violations of the Digital Millenium Copyright Act, 17 § U.S.C. § 1202(b).

4. Defendants shall not contest, directly or indirectly, the validity of or Plaintiff's ownership of the copyright in the SBC Logo or the '830 Registration referred to in Paragraph 2 above including in any future proceedings between Plaintiff and the Defendants or either of the Defendants, whether such proceedings constitute an action for contempt or violation of this Consent Judgment or claims for or relating to infringement and/or counterfeiting of the SBC Logo or the '830 Registration.

5. Defendants and their officers, members, agents, servants, employees, successors, assigns, parents, subsidiaries, affiliated or related companies, attorneys and all persons in active concert and/or participation with them who receive notice, are hereby permanently enjoined and restrained from:

    (a) copying the SBC Logo;

    (b) distributing copies of the SBC Logo;

    (c) displaying the SBC Logo;

    (d) removing copyright management information from the SBC Logo;

    (e) making derivative works of the SBC Logo

6. Defendants and their officers, members, agents, servants, employees, successors, assigns, parents, subsidiaries, affiliated or related companies, attorneys and all persons in active

concert and/or participation with them who receive notice, shall immediately remove all images of the SBC Logo from all social media pages, including but not limited to Instagram.

      7. Defendants have approximately 471 hooded sweatshirts in inventory bearing the SBC Logo. Defendants and their officers, members, agents, servants, employees, successors, assigns, parents, subsidiaries, affiliated or related companies, attorneys and all persons in active concert and/or participation with them who receive notice, shall (1) remove and return to Plaintiff the SBC Logos from the approximately 471 sweatshirts on or before September 1, 2023; and (2) certify that they have no further inventory on or before September 1, 2023.

      8. The Parties have agreed to settle for an undisclosed sum, to be paid in full by August 2024. The details of the amount and timing of the payment are set forth in the Settlement Agreement.

      9. Apart from any independent contractual agreements which may be reached between the parties, Plaintiff and Defendants shall bear their own attorneys' fees and costs incurred in connection with this Civil Action.

      10. This Court shall retain jurisdiction of this matter and over the parties for the purpose of making any further orders which are necessary or proper for enforcement of this Consent Decree and the punishing of any violation thereof.

      IT IS SO ORDERED.

Alexandria, VA
September 27, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge