**OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798**

OFFICIAL BUSINESS

quadient

**FIRST-CLASS MAIL**
IMI

**$000.64** 0
04/22/2024 ZIP 22314
043M31244640

US POSTAGE

RECEIVED
MAILROOM

MAY

US MARSHALS SERVICE

NIXIE        076    DE 1            0005/04/24

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 22314579899        *0217-02460-22-44

Nickwon Arvinger
7221 Kennedy Blvd., Ste A
North Bergen, NJ 07047

# Utility Events
<u>1:23-cv-00061-RDA-LRV Adkins</u>
<u>v. Arvinger et al</u> **CASE CLOSED**
**on 09/29/2023**

CLOSED,COPYRIGHT,JURY

## U.S. District Court

## Eastern District of Virginia -

## Notice of Electronic Filing

The following transaction was entered on 4/19/2024 at 2:47 PM EDT and filed on 4/19/2024
**Case Name:**        Adkins v. Arvinger et al
**Case Number:**   1:23-cv-00061-RDA-LRV
**Filer:**
**WARNING: CASE CLOSED on 09/29/2023**
**Document Number:** No document attached

**Docket Text:**
**Set Deadline as to [73] MOTION Order of Continued Contempt. Motion Hearing set for 4/26/2024 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge Lindsey R. Vaala. (triver)**

**1:23-cv-00061-RDA-LRV Notice has been electronically mailed to:**

Frederick Ngosi Samuels     frederick.samuels@cahnsamuels.com

Warren Arthur Zitlau     warren.zitlau@cahnsamuels.com, cslitdocket@cahnsamuels.com, frederick.samuels@cahnsamuels.com

**1:23-cv-00061-RDA-LRV Notice has been delivered by other means to:**

By Kiy Online, LLC
7221 Kennedy Blvd., Ste A
North Bergen, NJ 07047

By Kiy, LLC
7221 Kennedy Blvd., Ste A
North Bergen, NJ 07047

Kiy Studios, LLC
7221 Kennedy Blvd., Ste A
North Bergen, NJ 07047

Nickwon Arvinger
56 Bergen Ave., Apt. 1
Jersey City, NJ 07305-2214