IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Mark Adkins, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Nickwon Arvinger, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:23-cv-00061-RDA-LRV |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Answers to Interrogatories and Responses to Request for Production of Documents from By-Kiy, LLC (Dkt. No. 83). No opposition to the Motion was filed. On June 14, 2024, the Court held a hearing on the Motion at which counsel for Plaintiff appeared. No person appeared on behalf of any Defendant in this matter. For the reasons stated from the bench, and in according with the specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. No. 83) is **GRANTED IN PART**. It is further

**ORDERED** that Defendant By-Kiy, LLC and/or Defendant Nickwon Arvinger must respond to Plaintiff's discovery requests within ten (10) days of this Order.[1] It is further

**ORDERED** that the Court's ruling on Plaintiff's request for attorneys' fees in connection with the Motion to Compel is **DEFERRED**.

---

[1] Copies of the discovery requests subject to this Order are available on the docket as Exhibits 1 and 2 to Plaintiff's Motion. (Dkt. Nos. 83-2 and 83-2.)

1

Per the Court's instruction at the June 14 hearing, Plaintiff is directed to promptly serve a copy of this Order on Defendants at any email addresses Plaintiff's counsel has on file for Defendants.

The Clerk of Court is directed to mail a copy of this Order and copies of Plaintiff's Motion to Compel (Dkt. No. 83) and Exhibits 1 and 2 thereto (Dkt. Nos. 83-2 and 83-3) to Defendants at the address on file.

**ENTERED** this 14th day of June, 2024.

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia